

# Fourth Court of Appeals
## San Antonio, Texas

October 6, 2015

No. 04-15-00367-CR

The **STATE** of Texas,
Appellant

v.

Charles **CAVES**,
Appellee

From the County Court at Law No. 14, Bexar County, Texas
Trial Court No. 476519
Honorable Susan Skinner, Judge Presiding

# O R D E R

The Appellant's motion for extension of time to file the brief is GRANTED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of October, 2015.

_____
Keith E. Hottle
Clerk of Court